**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

VICTORIA HALL,

Plaintiff,

  v.

CREDITO REAL USA FINANCE, LLC
d/b/a AFS ACCEPTANCE, LLC

Defendant.

Case No. 4:18-cv-01575

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that VICTORIA HALL ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days. The Parties propose to file a stipulated dismissal, with prejudice, within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 14th day of August, 2018.

Respectfully submitted,

*s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Counsel for Plaintiff
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Lombard, Illinois 60148
(630) 575-8181 x108 (phone)
(630) 575-8188 (fax)
mdaher@sulaimanlaw.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*_____
Marwan R. Daher