United States District Court
Southern District of Texas
**ENTERED**
August 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTORIA HALL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1575 |
| | § | |
| CREDITO REAL USA FINANCE, LLC; dba | § | |
| AFS ACCEPTANCE, LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on August 22, 2018 (Doc # 16), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 08/24/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge